UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
N-15-2

2016 MAY 24 PM 12 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:16 CR 106-RNC |
| | : | VIOLATIONS |
| v. | : | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | : | (Felon in Possession of a Firearm) |
| ROBERT V. GENTILE, Defendant | : | |
| | : | 26 U.S.C. §§ 5841, 5845(a)(1), 5861(d) and 5871 |
| | : | (Possession of Unregistered Silencer) |
| | : | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) |
| | : | (Criminal forfeiture) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Possession of Firearms by a Convicted Felon)

1. Between on or about March 3, 2015 and May, 2, 2016, the exact dates being unknown, in the District of Connecticut, the defendant ROBERT V. GENTILE, having been convicted in the Connecticut Superior Court of a crime punishable by imprisonment for a term exceeding one year, that is, Larceny in the First Degree, in violation of Connecticut General Statute § 53a-122, on or about September 6, 1996, and Carrying a Deadly Weapon in a Motor Vehicle, in violation of Connecticut

General Statute § 29-38, on or about January 14, 1962, and in the United States District Court for the District of Connecticut of a crime punishable by imprisonment for a term exceeding one year, that is, Conspiracy to Possess with Intent to Distribute a Schedule II Controlled Substance, in violation of 21 U.S.C. § 846, Possession with Intent to Distribute and Distribution of a Schedule II Controlled Substance, in violation of 21 U.S.C. § 841(b)(1)(C), Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), Possession of Ammunition by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and Illegal Possession of Unregistered Silencers, in violation of 26 U.S.C. §§ 5841, 5845(a)(7), 5861(d) and 5871, all on or about May 2, 2016, did knowingly possess one or more firearms in and affecting commerce, that is, a .22 caliber Browning, Model Buckmaster pistol, bearing serial number 655NT30283, a 9mm Walther, Model P38 pistol, bearing serial number 9544, and a .380 caliber RPB Industries, Model M11-A1 pistol, bearing serial number SAF3804283, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code Sections 922(g)(1) and 924(a)(2).

## COUNT TWO
(Possession of Unregistered Silencer)

2. Between in or about April 2014 and on or about May 2, 2016, the exact dates being unknown, in the District of Connecticut, the defendant ROBERT V.

GENTILE did knowingly possess a firearms silencer, that is, a black cylindrical device designed to silence or diminish the report of a firearm, which was not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5845(a)(7), 5861(d) and 5871.

## FORFEITURE ALLEGATION
(Firearms Offenses)

3. Upon conviction of the offenses alleged in Counts One or Two of this Indictment, ROBERT V. GENTILE, the defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to the following: a 9mm Walther, Model P38 pistol, bearing serial number 9544, a .22 caliber Browning, Model Buckmaster pistol, bearing serial number 655NT30283, a .380 caliber RPB Industries, Model M11-A1 pistol, bearing serial number SAF3804283, and multiple rounds of .380 caliber ammunition, each of which was seized from the defendant's residence, located at 69 Frances Drive, Manchester, Connecticut, on May 2, 2016.

4. Further, upon conviction of the offense alleged in Count Two of this Indictment, defendant ROBERT V. GENTILE shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all unregistered devices involved in the commission of the offense, including but not limited to the following:

one black cylindrical device designed to silence or diminish the report of a firearm, which were not registered to the defendant in the National Firearms Registration and Transfer Record and which was seized from the defendant's residence and an outbuilding, located at 69 Frances Drive, Manchester, Connecticut, on May 18, 2016.

All in accordance with Title 18, United States Code, Section 924(d), Title 28 U.S.C. Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON

DEIRDRE M. DALY
UNITED STATES ATTORNEY

JOHN H. DURHAM
ASSISTANT UNITED STATES ATTORNEY