UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



IN RE ROBERT V. GENTILE    :    3:16CR106 (RNC)

June 1, 2016

### GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

Pursuant to Title 18, United States Code, Sections 3142(e) and (f), the Government hereby requests that the defendant be ordered detained prior to trial.

I.   Eligibility of Case

This case is eligible for pretrial detention because it involves:

____   a crime of violence as defined in Title 18, United States Code, Section 3156;

____   an offense for which the maximum sentence is life imprisonment or death;

____   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances Import and Export Act (21 U.S.C. 951 et seq.), or section 1 of the Act of September 15, 1980 (21 U.S.C. §955a);

____   any felony committed after the defendant has been convicted of two or more of the prior two offenses or two or more State or local offenses that would have been one of the prior two offenses if a circumstance giving rise to Federal jurisdiction had existed;

_X_   a serious risk that the defendant will flee; and/or

_X_   a serious risk that the defendant will obstruct or attempt to obstruct justice, or

threaten injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror.

II. Reason for Detention

The court should detain defendant because there are no conditions of release which will reasonably assure:

    __X__ the defendant's appearance as required; and/or

    __X__ the safety of any other person and the community.

III. Rebuttable Presumption

The Government will/will not invoke the rebuttable presumption against the defendant under Title 18, United States Code, Section 3142(e). The presumption applies because:

    ____ the defendant has been convicted of a Federal offense described in Title 18, United States Code, Section 3142(f)(1) or of a State or local offense that would have been an offense described in Section 3142(f)(1) if a circumstance giving rise to Federal jurisdiction had existed;

    ____ an offense described in Title 18, United States Code, Section 3142(e)(1) was committed while the defendant was on release pending trial for a Federal, State, or local offense; and

    ____ a period of not more than five years has elapsed since the date of conviction, or the release of the defendant from imprisonment, for an offense described in Title 18, United States Code, Section 3142(e)(1), whichever is later; or

    ____ there is probable cause to believe that the defendant committed an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act (21 U.S.C. §801 et seq.), the Controlled Substances

Import and Export Act (21 U.S.C. §951 et seq.), section 1 of the Act of September 15, 1980 (21 U.S.C. 955a), or an offense under section 924(c) of Title 18 of the United States Code.

IV. <u>Time for Detention Hearing</u>

The Government requests that the court conduct the detention hearing:

__X__ at the defendant's first appearance;

____ after a continuance of 1 business day.

                         Respectfully submitted,

                         DEIRDRE M. DALY
                         UNITED STATES ATTORNEY

                         JOHN H. DURHAM
                         ASSISTANT UNITED STATES ATTORNEY
                         FEDERAL BAR NO. ct05087
                         157 CHURCH STREET, 23RD FLR.
                         NEW HAVEN, CT  06510