AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2017 JAN 20 AM 8 19
U.S. DISTRICT COURT
NEW HAVEN CT

United States of America
v.
ROBERT V. GENTILE

)
)
)
)
)
)

Case No. 3:16CR106 RNC

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ROBERT V. GENTILE

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Title 18 U.S.C 922(g)(1) and 924(a)(2)
Count 2: Title 26 U.S.C 5841, 5845(a)(7), 5861(d), and 5871

Date:   05/24/2016

*Issuing officer's signature*

City and state:   New Haven, CT

T. Nuzzi, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 5/24/16, and the person was arrested on *(date)* 5/24/16
at *(city and state)* New Haven, Ct

Date: 1/18/17

*Arresting officer's signature*

B. O'Neill, Supervisor USMS Warrants
*Printed name and title*